**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL BRIAN SMITH, | Case No. 2:23-cv-09259-MCS-BFM |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED PARCEL SERVICE, INC., et al., | |
| Defendants. | |

1  Pursuant to the Court's Order Re: Motions for Summary Judgment, it is ordered, adjudged, and decreed that all claims by Plaintiff Michael Brian Smith against Defendant United Parcel Service, Inc., are dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: June 17, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE